**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2195**

JEROME JULIUS BROWN,

Plaintiff - Appellant,

v.

MR. KARL A. RACINE, Attorney General; MR. BRIAN E. FROSH, Attorney General; MR. JEFFREY LOMEN, Asst. Attorney General; IRFAN CHAUDHRY, President CEO; DAYS INN HOTEL BY WYNDHAM; KEITH A. CLINE, President CEO; LAQUINTA BY WYNDHAM; VIP INVESTMENT LLC, Arms Length Date 9-27-2006 Deed 1/00000/00000; KESAN ENTERPRISES INCORPORATED, Date 02-17-2006 Deed 1/00000/00000; AP BEANY LP, Arms Length Improved Date 07-24-2002 Deed 1/16055/364; MAILING ADDRESS - 5801 BALTIMORE NATIONAL PIKE CATONSVILLE MD, Deed Reference/00000/00000,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:20-cv-02991-GLR)

Submitted: July 7, 2021                    Decided: July 15, 2021

Before WILKINSON and NIEMEYER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jerome Julius Brown, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown appeals the district court's order dismissing his complaint. We have reviewed the record and Brown's brief on appeal, and we conclude that this appeal is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B); *Denton v. Hernandez*, 504 U.S. 25, 32 (1992); *Neitzke v. Williams*, 490 U.S. 319, 324-25 (1989). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*